**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| SHBD, LLC,<br>Barbara O'Neill,<br>Michael O'Neill,<br><br>*Plaintiffs,*<br><br>v.<br><br>Emma M. Loberg,<br>MISTY MOUNTAIN USA LLC,<br>BARBARAONEILL.COM LLC,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. ____________ |

**<u>PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION</u>**

Plaintiffs SHBD, LLC, Barbara O'Neill, and Michael O'Neill, through their undersigned counsel, move under Federal Rule of Civil Procedure 65 for a temporary restraining order and a preliminary injunction against all Defendants:

1. Enjoining all Defendants from using Barbara O'Neill's intellectual property or from interfering with the use, enforcement, and protection of that intellectual property by her or the other Plaintiffs, including without limitation enjoining all Defendants from making claims to, or taking any actions to control or

associate with, Barbara O'Neill's intellectual property at the United States Copyright Office, or at the United States Patent and Trademark Office, or with any third parties, such as, for non-limiting examples, book printers, book translators, customers or potential customers of products or services, and persons who have attended or expressed interest in attending events featuring Barbara O'Neill or who have asked to receive newsletters concerning Barbara O'Neill or her activities or advice;

2. Enjoining all Defendants from themselves using, or aiding any third parties in using, Plaintiff Barbara O'Neill's name on the internet or in any social media, including without limitation, enjoining all Defendants from using or linking to or referring to the domain name and website at *barbaraoneill.com*; and enjoining all Defendants from preventing Barbara O'Neill from linking her domain and website at *officialbarbaraoneill.com* with *barbaraoneill.com.*

3. Enjoining all Defendants from using Barbara O'Neill's name or likeness in association with any of Defendants or any products or services that any of Defendants may have for sale or for free distribution in promotion of any of Defendants' products or services.

In support of this Motion, Plaintiffs rely on the accompanying Brief in Support and their Verified Complaint [Dkt.1]. As Plaintiffs show in their brief,

they are entitled to immediate and preliminary injunctive relief because: (1) Plaintiffs are substantially likely to succeed on the merits of their claims; (2) Plaintiffs are suffering and will continue to suffer irreparable harm in the loss of Plaintiff Barbara O'Neill's intellectual property rights and ongoing infringement of her rights of publicity and privacy; (3) the balance of equities decidedly tips in favor of protecting Plaintiff Barbara O'Neill's intellectual property rights and rights of publicity and privacy; and (4) the public interest supports avoiding confusion caused by Defendant Emma Loberg acting as though she is Plaintiff Barbara O'Neill or is taking over for or from Barbara O'Neill, and the public interest supports avoiding confusion caused by Defendants acting as though their products and services are those of Plaintiff Barbara O'Neill or are sponsored, endorsed or associated with her, when they are not.

Plaintiffs respectfully requests that the Court issue an *ex parte* temporary restraining order given the ongoing irreparable injury to Plaintiff Barbara O'Neill's intellectual property rights and rights of publicity and privacy. Defendant Emma Loberg is increasingly advancing her efforts to effectively assume Plaintiff Barbara O'Neill's identity in the marketplace.

Plaintiffs also request an opportunity to be heard on this Motion as soon as the Court's schedule allows.

A proposed Order is attached.

Dated: July 1, 2025

Respectfully submitted,

*/s/David E. Oles*

David E. Oles, Sr.
OLES LAW GROUP
Attorney for Plaintiffs
Georgia Bar No. 551544
5755 Northpoint Parkway
Suite 25
Alpharetta, GA 30022
(770) 753-9995
firm@deoleslaw.com

/s/*Karen B. Tripp*

Karen B. Tripp
Attorney at Law
Texas State Bar No.: 03420850
4264 San Felipe, Suite 1100
Houston, TX 77027
(713) 658-9323 office phone.
(832)798-7576 cell phone
*ktripp@tripplaw.com*
*tripp.karen@gmail.com*
**Attorney for Plaintiffs**,
SHBD, LLC, Barbara O'Neill,
and Michael O'Neill

Motion for Admission *Pro Hac Vice* is being submitted