# EXHIBIT 1

# STATEMENT OF BARBARA ESTHER O'NEILL

## D.O.B: 28th July 1953

1800 Nulla Nulla Creek, Rd, Bellbrook, NSW, Australia, 2440

Date: 26th March 2025

My name is Barbara Esther O'Neill, I am the sole author, creator and owner of two books, namely:

Self Heal by Design – ISBN: 9780648611813

Sustain Me – ISBN: 9780648611844

I can confirm that the above two books are the only books that I have authored and have the right to bear my name 'Barbara O'Neill'.

Any other book featuring my name 'Barbara O'Neill' has not been authored, co-authored, had input from me or has my permission to use my intellectual property rights namely 'Barbara O'Neill'.

Signed on 26th March 2025

Barbara Esther O'Neill