# EXHIBIT 2

# STATEMENT OF BARBARA ESTHER O'NEILL

## D.O.B: 28th July 1953

1800 Nulla Nulla Creek, Rd, Bellbrook, NSW, Australia, 2440

Date: 20th March 2025

This is a statement in my own words relating to events that occurred on 16th July 2024 in Wisconsin, USA.

My name is Barbara Esther O'Neill, I am the sole author, creator and owner of two books, namely:

Self Heal by Design – ISBN: 9780648611813

Sustain Me – ISBN: 9780648611844

On 16th July 2024, I was lecturing at my daughter's (Emma Loberg) event in Minnesota St Paul. I was residing at Emma's address of 257 230th Street, Baldwin, Wisconsin, 54002, USA. Whilst here, Emma explained to me that due to counterfeit products and books that a Trademark of my name 'Barbara O'Neill' would assist in removing the counterfeits. Emma had explained this to me and my husband Michael O'Neill previously.

This previous conversation was by telephone whilst Michael and I were in Australia.

I instructed Emma to Trademark my name 'Barbara O'Neill', to which she stated she would do so.

Emma, produced a document to me, which I attach as Appendix A, I can confirm that the signature and handwriting on Appendix A is mine and that I signed it on 16th July 2024.

I signed this document under the belief that Emma would honor my wishes and obtain the trademark of my name 'Barbara O'Neill' and assign sole ownership to myself. At no point was Emma given permission or instructed to obtain the trademark 'Barbara O'Neill' in her name or in any other person's names or entities.

I have now discovered that Emma has filed the trademark 'Barbara O'Neill' in her own name Emma Magnolia Loberg.

Emma was not given permission to Trademark 'Barbara O'Neill' with the ownership assigned to herself.

The above is a true and accurate statement of my recollection of events on 16th July 2024

Signed on 20th March 2025

Barbara Esther O'Neill

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**CONSENT OF LIVING INDIVIDUAL**

The name, portrait, and/or signature shown in the mark identifies a living individual whose consent to register is made of record. I consent to the use and registration of my name, portrait, and/or signature as a trademark and/or service mark with the USPTO.

Signature: B O'Neill

Name: Barbara Esther O'Neill

Date: 1.5.2024