# EXHIBIT 3

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**TX 9-412-670**
**Effective Date of Registration:**
July 26, 2024
**Registration Decision Date:**
July 26, 2024

## Title

**Title of Work:** Sustain Me
A Handbook of Natural Remedies
The 9 Foundational Pillars for Health

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 01, 2024
**Nation of 1st Publication:** Australia
**International Standard Number:** ISBN 978-0-6486118-6-8

## Author

- **Author:** Barbara Esther O"Neill
  **Author Created:** text
  **Citizen of:** Australia
  **Year Born:** 1953

## Copyright Claimant

**Copyright Claimant:** Emma Magnolia Loberg
257 230th Street, 257 230th Street, Baldwin, WI, 54002, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Rights and Permissions

**Name:** Emma Magnolia Loberg
**Email:** emma@barbaraoneill.com

**Telephone:** (651)295-8666

## Certification

**Name:** Emma M Loberg
**Date:** July 26, 2024