# EXHIBIT 4

# STATEMENT OF BARBARA ESTHER O'NEILL

## D.O.B: 28th July 1953

1800 Nulla Nulla Creek, Rd, Bellbrook, NSW, Australia, 2440

Date: 5th February 2025

This is a statement in my own words relating to events that occurred on 3rd February 2025 in Georgia, USA.

On 3rd February at approximately 8am my daughter Emma Loberg turned up at my Airbnb unexpectedly, she told me that she had turned up to tell me 'She loved me, to hug me and spend the day with me' which I thought was nice. During the day, Emma wanted to take me to the bank to sign some papers with a Notary, I was unaware of what papers she wanted me to sign and found it a little strange that she had arrived with pre-prepared papers. At this point Jacqueline Bourne, my personal assistant, phoned Ricky Davis my operations manager and he and Emma had a brief conversation. Emma said to Ricky that it was to 'sort out Mum's copyrights' the phone was on loudspeaker, Ricky said to Emma that the copyrights were all in hand and that no further documents were required at this stage, Emma seemed disappointed and said 'OK'. The phone call then ended, and Emma still proceeded with asking me to sign a document. At this point Jacqueline told Emma that I would not sign any documentation without either Ricky or my husband present. I did not sign any documentation, and we all returned to the Airbnb.

I was unwell that day and had a very sore throat. At approx. 8pm, after I had a hot shower, Emma came to my room with her laptop and said she would give me a massage to help me relax. Emma then asked me that before I lay down, she wanted to take a photo of my head and my face, I did not think anything of this and so agreed.

I then lay down feeling extremely wasted and tired, I was not feeling well at all. Emma sat next to me on the bed with the computer on her lap, I was drifting off to sleep, but I heard a man's voice talking to her on her phone, like he was instructing her. Emma then asked me to put my finger on the computer which I did. As she massaged me, I asked her what that was all about? She said she wanted to protect me and she loved me. I didn't understand what she was saying, but felt so ill, I just wanted to sleep. Emma left about 30 minutes later.

Today, the 5th February 2025, my husband Michael O'Neill had a meeting with Emma and her Attorney Derek Staub, who I believe was the voice on the phone Monday night. Michael told me he asked very clearly, what was the touching of the computer for. It was at this point that they said that I had signed over the copyrights to all my books to Emma with her fingerprint.

I was in shock, my daughter had stolen my work from me, I was so upset.

I can confirm that I did not agree to sign ownership, rights, use or stewardship of any of my work or copyrights to Emma Loberg.

Everything that happened on the evening of 3rd February involving my daughter Emma Loberg, Derek Staub and the laptop procedure was completely under duress and I was not informed of what I was agreeing to.

I can confirm my daughter has no power of attorney over myself, my name or my work.

I consented to my photo being taken by my daughter as a mother would naturally let her daughter have a photo for personal use.

The above is a true and accurate statement of my recollection of events on 3rd February and the information provided to me by Michael O'Neill in relation to the meeting between himself, Derek Staub and Emma Loberg.

Signed on 5th February 2025,

Witness: Jeffrey Cumberbatch

Barbara O'Neill

B O'Neill

Address: Living Springs
1768 County Road
Roanoake, AL, 36274

STATE OF FLORIDA COUNTY OF Palm Beach
Sworn to (or affirmed) and subscribed before me by means of
(✓) physical presence or ( ) online notarization, this
day of February 14, 2025, by Barbara E. ONeill
(name of person making statement).
Personally Known ( ) OR Produced Identification (✓)
Type of Identification Produced: Australia passport
(Signature of Notary Public) Lizette Miranda
(Print, Type, or Stamp Commissioned Name of Notary Public) Lizette Miranda
Affix Notary SEAL

LIZETTE MIRANDA
Notary Public - State of Florida
Commission # HH 564727
My Comm. Expires Sep 23, 2028