# EXHIBIT 5

# STATEMENT OF JACQUELINE VIOLA BOURNE

## D.O.B: 26th May 1983

38039 Cabin Trl, Shawnee, OK, 74804

Date: 5th February 2025

This is a statement in my own words relating to events that occurred on 3rd February 2025 in Georgia, USA.

On 3rd February at approximately 8am I was at an Airbnb with Barbara O'Neill whom I work for as a personal assistant. At this time Emma Loberg (Barbara's daughter) arrived unexpectedly, I heard her tell Barbara that she had turned up to tell her that 'She loved her and wanted to just hug her and spend the day with her'. Later that day we all went out together and without any discussion Emma pulled over to a bank and said, "Just Mum and me need to go in". She then walked into the bank with Barbara. When they got back into the car, I overheard their conversation, and I heard the word notary. That's when I asked why is a notary needed?

Emma was evasive and would not give me a straight answer. We then went to a second location for a notary and that is when I asked Emma does your dad or Ricky know about this? Again, Emma wouldn't answer me. I immediately suspected that something was not right, and this point I told Barbara not to sign anything without Michael and Ricky knowing. Emma seemed to become very agitated, her face became very red, and her demeanor became very cold towards me.

I called Ricky and handed the phone to Emma, I heard Ricky give her instructions to halt all signing. Once the call ended between Emma & Ricky, she still proceeded to try and have Barbara sign a document. I then said to Barbara "NO, WE NEED TO LEAVE" and we did so. When we got back home Barbara went down for a nap and Emma stayed in her car having a animated conversation with someone, although I could not hear what was being said. Later that evening Emma told me she was going to, "help mum relax and fall asleep by giving her a massage after her hot shower because she wasn't feeling well".

As I said goodnight to Barbara, Emma was keeping me out of the room. I noticed she had her laptop open on the bed and she was communicating with someone on her phone.

After approximately 45-60 minutes she left with her briefcase in her hand, this was around 9pm-10pm. I immediately went in to see Barbara who was sleeping. The next morning Barbara told me that Emma had asked her to put her fingerprint on Emma's laptop and pose for facial photos, she also told me she could hear Emma talking to a man whilst she was asking for her fingerprint.

Everything that happened on the evening of 3rd February involving Emma Loberg was in my opinion forced and putting Barbara under duress. At no point whilst I was with her did Barbara give consent or appear at ease with any of Emma's requests.

The above is a true and accurate statement of my recollection of events on 3rd February 2025

Signed on 5th February 2025,

Witness: Jeffery Cumberbatch

Jacqueline Bourne

Address: Living Springs
1768 County Road
Roanoake, AL, 36274

KORREE WESTBROOK
Notary Public - State of Florida
Commission # HH 427878
My Comm. Expires Jul 31, 2027