# EXHIBIT 6

# STATEMENT OF MICHAEL JOHN O'NEILL

## D.O.B: 21st Feb 1957

1800 Nulla Nulla Creek Rd, Bellbrook, NSW, Australia, 2440

Date: 5th February 2025

I am Michael John O'Neill, husband of Barbara O'Neill and I make this is a statement in my own words relating to events that occurred between 2nd February and 5th February 2024.

On the evening of the 2nd February I was informed that our daughter Emma Loberg was planning a surprise visit to Barbara in Georgia USA.

This was not a good time for a visit due to Barbara's schedule and some jetlag from a 20 hour flight from Dubai that day, so I sent Emma the following text:

*"I have just been informed that you are wanting to do a surprise visit to mum.*
*This has thrown plans out quite significantly and I would ask that you postpone this visit.*
*All this should be going through Me or Jacqueline.*
*This is mums work time and not her time off.*
*It has really unsettled everyone and should not happen like this love."*

Emma responded with the following:

*"My intention was not to make her work more.*
*It was to just be with her, wherever she was & love her up.*
*I will cancel my tickets"*

On Monday 3rd February I was informed that Emma had not canceled her tickets but had turned up to at Barbara's Airbnb.

I talked to Barbara later that day, and she told me that she was sick and had a very sore throat. She said she went out with Emma and Jacqueline, and that Emma took her into a bank and wanted her to sign documents with a Notary.

Barbara told me she was very uncomfortable with Emma's actions, and that Jacqueline stopped the signing of whatever Emma wanted signed, as Emma would not say what it was.

On the morning of the 4th February, Barbara called me in a very distressed condition. She said she thinks she may have been tricked by Emma into doing something with her fingerprint. Barbara was crying and said she has no idea what Emma wanted, but that Emma was in her room in the night and was supposed to be massaging her.

Barbara said Emma was talking to a man on the phone, taking pictures of Barbara and asking if she could just touch her computer screen. Barbara said she was exhausted and sick and just trusted Emma but had no idea what was going on.

I can testify that Barbara is quite computer illiterate and not business mimded at all. She did not understand what Emma was doing. She knew she was not to sign anything, but did not connect a finger touch as a signing.

Barbara confirmed to me that she does not wish for copyrights of her books or name to be transferred to, or be held by Emma, and that had she of known what Emma was tricking her to do, she would have refused.

At about 11pm 4th February USA time, I had a Teams call with Emma and her Attorney Derek Staub. I was in Dubai, and it was 8am the 5th February for me.

From the start, I pointedly asked one question. "What was the document that you were trying to get Barbara to sign?'

Both Derek and Emma would not give a straight answer.

Eventually after me repeating the question several times, they admitted that Barbara had signed over the copyrights of her books to Emma.

I told them that they had practiced deceit and theft.

Derek said that Emma had been holding Copyrights for years. I informed them that Barbara signed the paperwork for Emma to put the copyrights in Barbara's name, but that Emma put them in her own name without informing Barbara or myself. We recently only became aware of this when we engaged a company to stop people fraudulently selling Barbara's books.

The above is a true and accurate statement of my recollection of events 2nd February to 5th February 2025.

Signed on 5th February 2025,

Michael John O'Neill