# EXHIBIT 9

# Detailed Record View

## Recordation record V15033D867

Copyright Catalog
Displaying 18 of 95 entries

Previous Next

### Self Heal by Design & 2 other titles ;Book.

Share Actions

| | |
|---|---|
| **Document Number** | V15033D867 |
| **Entire Copyright Document** | V15033 D867 P1-2 |
| **Type of Document** | Recorded Document |
| **Registration Number Not Verified** | TX0009481197 |
| **Date of Recordation** | 2025-04-07 |
| **Date of Execution** | 03Feb25; 03Feb25 |
| **Party 1** | Barbara O'Neill |
| **Party 2** | Misty Mountain USA LLC, 257 230th St., Baldwin, WI , 54002, USA |
| **Notes** | Intellectual Property Assignment Agreement. |
| **List of Works** | 00001 Self Heal by Design ;BookReg. TX0009481197 (2025).<br>00002 Sustain Me ;Book.<br>00003 A Taste of Misty Mountain ;Book. |
| **Title** | Self Heal by Design & 2 other titles ;Book. |
| **Names** | O'Neill, Barbara<br>Misty Mountain USA LLC |

Previous Next

Copyright | Public Records System   Home   Recent Records   Recent Searches   Name Directory   Help

Home / Search / Detailed Record View

Keyword   Sustain Me   Search
Advanced Search

# Detailed Record View

## Recordation record V15034D317

Copyright Catalog
Displaying 59 of 202 entries

Previous   Next

## Sustain Me & 1 other titles ;Book.

Share   Actions

| | |
|---|---|
| **Document Number** | V15034D317 |
| **Entire Copyright Document** | V15034 D317 P1-2 |
| **Type of Document** | Recorded Document |
| **Registration Number Not Verified** | TX0009492014<br>TX0009412670 |
| **Date of Recordation** | 2025-04-21 |
| **Date of Execution** | 26Feb25 |
| **Party 1** | Misty Mountain USA LLC, 257 230th St., Baldwin, WI , 54002, USA |
| **Party 2** | BarbaraONeill.com LLC, 257 230th St., Baldwin, WI , 54002, USA |
| **Notes** | Intellectual Property Assignment Agreement. |
| **List of Works** | 00001 Sustain Me ;BookReg. TX0009492014 (2025); Reg. TX0009412670 (2024).<br>00002 A Taste of Misty Mountain ;Book. |
| **Title** | Sustain Me & 1 other titles ;Book. |
| **Names** | Misty Mountain USA LLC<br>BarbaraONeill.com LLC |

Previous   Next

Menu   Resources   Contact   Copyright
Home   Request a Copy Estimate   Contact Us