# EXHIBIT 10

Safari File Edit View History Bookmarks Window Help

Wed Jul 2 3:11 AM

barbaraoneill.com

The home of Barbara O'Neill – BarbaraOneill.com

SHOP OUR STORY BARBARA O'NEILL EVENTS CONTACT US

Barbara O'Neill




STAY CONNECTED

Safari File Edit View History Bookmarks Window Help Wed Jul 2 3:11 AM

barbaraoneill.com

The home of Barbara O'Neill – BarbaraOneill.com

SHOP OUR STORY BARBARA O'NEILL EVENTS CONTACT US

# SHOP OUR PRODUCTS

VIEW ALL




**Book: Sustain Me by Barbara O'Neill (Paperback)**
$49.99 USD




**Book : Self Heal by Design by Barbara O'Neill (PAPERBACK).**
$29.99 USD




**Wild Yam Comfort Cream - Original Formula**
$45.00 USD




**Comfrey Salve 4oz**
$35.95 USD










STAY CONNECTED

Safari File Edit View History Bookmarks Window Help Wed Jul 2 11:34 AM

barbaraoneill.com

U.S. Copyright Office | U.S. Copyright Office
Search Copyright Records: Copyright Public Records Portal | U.S. Copyright Office
About – BarbaraOneill.com

SHOP OUR STORY BARBARA O'NEILL EVENTS CONTACT US




A MOTHER AND DAUGHTER PROJECT

# WELCOME TO OUR STORE

Barbaraoneill.com was founded by Barbara's daughter, Emma Magnolia. This website is a trusted source for purchasing Barbara's books, recommended products, and viewing Barbara O'Neill's content.

STAY CONNECTED