# EXHIBIT 11


Safari File Edit View History Bookmarks Window Help
Wed Jul 2 3:58 AM
instagram.com
Instagram
Search
Barbara O'Neill
Barbara O'Neill
realbarbaraoneill
Barbara O'Neill • 2.4M followers
barbaraoneilldaughter
Barbara O'Neill Daughter
barbara_oneill_
Barbara O'Neill - Fanpage
barbaraoneill.enespanol
Barbara O'Neill En Español
dr.barbara.oneill.fans
Dr. Barbara O'Neill Fans
rugglesblackfoodbar • 16h
THROW
THE PARTY
OF THE YEAR
karentripp81
Karen Tripp
Switch
Suggested for you
See All
biancazworld_
Suggested for you
Follow
zane.lazare
Suggested for you
Follow
debi_tengler
Suggested for you
Follow
instagram
Popular
Follow
Messages


Safari File Edit View History Bookmarks Window Help
Wed Jul 2 3:58 AM
instagram.com
Instagram
Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta
barbaraoneilldaughter
Follow
Message
120 posts
59.2K followers
4 following
Barbara O'Neill Daughter
Alternative & Holistic Health Service
This is a page run by Emma, Barbara O'Neills daughter, who lives in Wisconsin USA
bit.ly/m/barbaraoneilldaughter and 1 more
SUMMER Sale
15% OFF SITEWIDE
BARBARAONEILL.COM
AND THAT'S WHAT I LOVE ABOUT
AN EARACHE OR
Message