**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| SHBD, LLC,<br>Barbara O'Neill,<br>Michael O'Neill,<br><br>*Plaintiffs,*<br><br>v.<br><br>Emma M. Loberg,<br>MISTY MOUNTAIN USA LLC,<br>BARBARAONEILL.COM LLC,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No._____________ |

**ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Having fully considered Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, the Court finds that Plaintiffs have demonstrated good cause for the Court to issue a Temporary Restraining Order, as Plaintiffs have shown both a substantial likelihood of success on the merits and that they will suffer immediate and irreparable harm from Defendants' conduct absent immediate injunctive relief. The Court also finds that the balance of the equities favors Plaintiffs, and that the public interest will be served by this Order.

This Temporary Restraining Order is issued without notice because (1) Plaintiff Barbara O'Neill has established that she has suffered and will continue to suffer immediate and irreparable harm to her copyrights, her trademarks and to her rights of publicity, and particularly to her reputation and her good will she has earned through her intellectual property.

Thus, the Court hereby ORDERS that:

1. All Defendants are enjoined from using Barbara O'Neill's intellectual property or from interfering with the use, enforcement, and protection of that intellectual property by her or the other Plaintiffs, including without limitation all Defendants are enjoined from making claims to, or taking any actions to control or associate with, Barbara O'Neill's intellectual property at the United States Copyright Office, or at the United States Patent and Trademark Office, or with any third parties, such as, for non-limiting examples, book printers, book translators, customers or potential customers of products or services, and persons who have attended or expressed interest in attending events featuring Barbara O'Neill or who have asked to receive newsletters concerning Barbara O'Neill or her activities or advice;

2. All Defendants are enjoined from themselves using, or aiding any third parties in using, Plaintiff Barbara O'Neill's name on the internet or in any social

media, including without limitation, and all Defendants are enjoined from using or linking to or referring to the domain name and website at *barbaraoneill.com*; and all Defendants are enjoined from preventing Barbara O'Neill from linking her domain and website at *officialbarbaraoneill.com* with *barbaraoneill.com.*

3. All Defendants are enjoined from using Barbara O'Neill's name or likeness in association with any of Defendants or any products or services that any of Defendants may have for sale or for free distribution in promotion of any of Defendants' products or services.

4. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs are not required to post a bond for this temporary restraining order.

5. Plaintiffs shall make every reasonable effort to provide Defendants with notice of this Order.

6. The Temporary Restraining Order expires on _____________ absent a showing of good cause on why the Court should extend it or Defendants' consent.

7. A hearing on Plaintiffs' Motion for a preliminary injunction will be held on _____________________ at ________________________. Defendants shall file any opposition no later than ___________________ and Plaintiffs may file a reply no later than_____________________.

IT IS SO ORDERED,

Signed this ____ day of __________, 2025, at _____________________AM/PM.

_______________________________

UNITED STATE DISTRICT JUDGE