# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| SHBD, LLC, BARBARA O'NEILL, and MICHAEL O'NEILL | § | |
| | § | |
| | § | |
| v. | § | No. 4:25-CV-00183-WMR |
| | § | |
| EMMA M. LOBERG, MISTY MOUNTAIN USA LLC, AND BARABRAONEILL.COM LLC | § | |
| | § | |
| | § | |

AFFIDAVIT OF EMMA M. LOBERG

1. My name is Emma M. Loberg and I am over the age of 21 and am competent to testify as to the matters set forth herein. All the facts and observations set forth herein are true and accurate to the best of my knowledge and belief.
2. I reside in Baldwin, Wisconsin.
3. Barbara O'Neill is my mother.
4. I am the owner of Misty Mountain USA LLC and BarbaraONeill.com LLC.
5. Since around 2015, I have served as the logistics arm for Barbara O'Neill's books. I received pallets of books to my home in Wisconsin and would pack and ship the books to Amazon fulfillment centers whenever Amazon ran low.
6. In 2023, my mother and stepfather, Michael O'Niell, orally granted me the right to print, market and sell Barbara O'Neill-authored health-education books within Canada, the United States, and Mexico (the "North America

Market"), and worldwide, in in exchange for a percentage of net sales from all books sold within the North American Market.

7. They also consented to me selling, and being the source of, BARBARA O'NEILL-branded merchandise and did not request or require any share of profits from those merchandise sales.
8. On June 30, 2023, I formed Misty Mountain USA LLC in Wisconsin.
9. Shortly after, I launched mistymountainusa.com, secured payment processing, and began selling Barbara O'Neill-authored books along with a small line of BARBARA O'NEILL-branded herbal teas, skin-care creams, and other products.
10. The Barbara O'Neill books are printed in Minnesota, but are warehoused and shipped exclusively from Baldwin, Wisconsin.
11. All wire payments initiated by my companies originate from Wells Fargo account in Hudson, Wisconsin, or from WESTconsin Credit Union in Baldwin.
12. All ledgers, invoices and accounting workpapers are stored either in Baldwin, Wisconsin or at my CPA's office in Coon Rapids, Minnesota.
13. I hired a dedicated IT contracted in Wisconsin in August of 2023.
14. To my knowledge, all employees of Misty Mountain USA LLC and BarbaraONeill.com LLC live or work within 60 miles of Baldwin, Wisconsin.

15. In January 2024, I purchased the BarbaraOneill.com website domain.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAITH NAUGHT.

Sworn and subscribed before me
this 28th day of July 2025

Samantha Williams
Notary Public

Commission Expires
04-09-2029

Name: Emma Loberg

Emma Loberg

SAMANTHA WILLIAMS
NOTARY PUBLIC
STATE OF WISCONSIN