# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **SHBD, LLC, BARBARA O'NEILL, and MICHAEL O'NEILL** | § § § | |
| **v.** | § | **No. 4:25-CV-00183-WMR** |
| | § | |
| **EMMA M. LOBERG, MISTY MOUNTAIN USA LLC, AND BARABRAONEILL.COM LLC** | § § § | |

**DECLARATION OF EMMA M. LOBERG**

1. My name is Emma M. Loberg and I am over the age of 21 and am competent to testify as to the matters set forth herein. All the facts and observations set forth herein are true and accurate to the best of my knowledge and belief.
2. I reside in Baldwin, Wisconsin.
3. Barbara O'Neill is my mother.
4. I am the owner of Misty Mountain USA LLC and BarbaraONeill.com LLC.
5. Since around 2015, I have served as the logistics arm for Barbara O'Neill's books. I received pallets of books to my home in Wisconsin and would pack and ship the books to Amazon fulfillment centers whenever Amazon ran low.
6. In the beginning I was shipping approximately six to eight cases every two to three months to Amazon.

7. In early 2023, on three separate occasions, Amazon's supply sold out overnight. In response, I sent Amazon twenty cases of books, but Amazon misplaced the entire consignment.

8. After this incident with Amazon, myself, my mother and stepfather, Michael O'Neill ("**Michael**"), agreed that I would establish and operate a direct-to-consumer e-commerce website from Wisconsin to ensure dependable distribution of the books.

9. In 2023, my mother and stepfather, Michael O'Neill, orally granted me the right to print, market and sell Barbara O'Neill-authored health-education books within Canada, the United States, and Mexico (the "North America Market"), and worldwide, in in exchange for a percentage of net sales from all books sold within the North American Market.

10. They also consented to me selling, and being the source of, BARBARA O'NEILL-branded merchandise which later changed to EMMA MAGNOLIA and did not request or require any share of profits from those merchandise sales.

11. From October 2023 to January 2025, I have paid Michael and my mother, $1,230,004.65 US Dollars from sales generated by me for printing, marketing and selling Barbara O'Neill-authored books in the North American Market. *See* **Exhibit A** attached hereto.

12. On June 30, 2023, I formed Misty Mountain USA LLC in Wisconsin.
13. Shortly after, I launched mistymountainusa.com, secured payment processing, and began selling Barbara O'Neill-authored books along with a small line of BARBARA O'NEILL-branded herbal teas, skin-care creams, and other products.
14. The Barbara O'Neill books are printed in Minnesota, but are warehoused and shipped exclusively from Baldwin, Wisconsin.
15. All wire payments initiated by my companies originate from Wells Fargo account in Hudson, Wisconsin, or from WESTconsin Credit Union in Baldwin.
16. All ledgers, invoices and accounting workpapers are stored either in Baldwin, Wisconsin or at my CPA's office in Coon Rapids, Minnesota.
17. I hired a dedicated IT contracted in Wisconsin in August of 2023.
18. To my knowledge, all employees of Misty Mountain USA LLC and BarbaraONeill.com LLC live or work within 60 miles of Baldwin, Wisconsin.
19. In March 2024, I purchased the BarbaraOneill.com website domain for $10,000 with Michael's verbal permission. *See* **Exhibit B** attached hereto.
20. On February 2, 2025, my mother arrived in the United States from Dubai.
21. On February 3, 2025, my mother executed the Intellectual Property Assignment Agreement formally transferring all North American Market

copyrights, trademarks, and publicity rights to my company Misty Mountain USA LLC.

22. Prior to signing the agreement, I sat down beside her and explained what the assignment was and why it was needed to formalize our oral agreement in 2023. A notary was present via Zoom. My mother reviewed the document, agreed to it, and then signed the document in front of the notary.

23. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAITH NAUGHT.

Name: Emma Loberg

Date: July 28, 2025

# Exhibit A

Table 1

| | Invoice Numbers | Date of invoice | Date of Sales | Amount | Destination | Wire Transfer |
|---|---|---|---|---|---|---|
| **Invoices** | | | | | | |
| | 112 | 08/09/2023 | May-July 2023 | 1,400.00 | Wells Fargo | Cheque deposit ( Cheque #10027 ) |
| | 127 | 09/22/2023 | May-August 2023 | 147,506.48 | Dubai | YES |
| | 154 | 12/11/2023 | Sept-Nov 2023 | 126,727.19 | Dubai | YES |
| | 172 | 01/30/2024 | Dec 23 | 59,078.00 | Bangkok | YES |
| | 176 | 02/19/2024 | January 2024 | 79,712.00 | Bangkok | YES |
| | 190 | 03/22/2024 | February 2024 | 73,436.00 | Bangkok | YES |
| | 196 | 04/30/2024 | March 2024 | 63,806.00 | Bangkok | YES |
| | 236 | 7/26/2024 | April 2024 | 96,663.00 | Bangkok | Yes ( 236 & 238 are together in 1 wire) |
| | 238 | 07/29/2024 | May 2024 | 74930.00 | Bangkok | Yes ( 236 & 238 are together in 1 wire ) |
| | 239 | 07/29/2024 | June 2024 | 167,677.81 | Dubai | YES |
| | 279 | 10/15/24 | July | 25,602.32 | Bangkok | YES |
| | 280 | 10/15/2024 | August 2024 | 190,157.00 | Matthew Pickering | YES |
| | 303 | 12/20/24 | Sept/October 2024 | 54,444.94 | Wells Fargo | YES |
| | 304 | 12/20/2024 | November 2024 | 62,529.43 | Matthew Pickering | YES |
| | 310 | 1/5/25 | December 2024 | 132,234.00 | Matthew Pickering | YES |
| | | | | | | |
| | | | | | | |
| **Total to Wells Fargo** | 55,844.94 | | | | | |
| **Total to Dubai** | 441,911.48 | | | | | |
| **Total to Bangkok** | 473227.32 | | | | | |
| **Total to Matthew** | 384,920.43 | | | | | |
| **Total Sent to Dad** | 1355904.17 | | | | | |
| | | | | | | |

Exhibit B

# Receipt

№ 2982822955

CONTACT US 24/7 1-480-505-8877

---

**DATE:**
3/13/2024

**CUSTOMER #:**
606611889

**BILL TO:**
Emma Loberg
257 230th St,
Baldwin, Wisconsin 54002,
United States
Misty Mountain USA LLC
+1.6512958666

**PAYMENT:**

| | |
|---|---|
| Visa •••• 5681 | $10,022.17 |
| **Previous Balance** | $10,022.17 |
| **Received Payment** | ($10,022.17) |
| **Balance Due (USD)** | **$0.00** |

| Term | Product | Amount |
|---|---|---|
| 1 yr | .COM Premium Domain Registration | $21.99 |
| | barbaraoneill.com [1] | |
| 1 One time | Premium Domain Purchase One Time Fee | $10,000.00 |

| | |
|---|---|
| **Subtotal** | **$10,021.99** |
| Taxes | $0.00 |
| Fees | $0.18 |

| | |
|---|---|
| Total (USD) | $10,022.17 |

REFERENCE

| | | |
|---|---|---|
| Taxes | | $0.00 |

GoDaddy.com, LLC
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

$0.00

| | | | |
|---|---|---|---|
| | Fees | | $0.18 |
| 1. | ICANN | | $0.18 |
| | barbaraoneill.com | $0.18 | |

Universal Terms of Service