# Exhibit B

**Generated on:** This page was generated by TSDR on 2025-07-24 15:19:27 EDT

**Mark:** BARBARA O'NEILL

BARBARA O'NEILL

**US Serial Number:** 99061418

**Application Filing Date:** Feb. 28, 2025

**! generalStatus.filedAsBaseApp!:** Yes

**! generalStatus.currentlyAsBaseApp!:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Feb. 28, 2025

# Mark Information

**Mark Literal Elements:** BARBARA O'NEILL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Name Portrait Consent:** The name, portrait, and/or signature shown in the mark identifies a living individual whose consent to register is made of record.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Retail store services featuring books, body care products, natural herbal supplements, mineral supplements, gardening products, plant care products, stickers, clothing, headwear, and all-purpose carrying bags

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** May 2024

**Use in Commerce:** May 2024

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** BarbaraONeill.com LLC

**Owner Address:** 257 230th St.
Baldwin, WISCONSIN UNITED STATES 54002

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** WISCONSIN

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** MATTHEW J. CLARK

**Docket Number:** 0801553

**Attorney Primary Email Address:** trademarks@fbtlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** MATTHEW J. CLARK
FROST BROWN TODD LLP
111 Monument Circle
Suite 4500
Indianapolis, INDIANA United States 46204

**Phone:** 1-(317) 237-3848

**Correspondent e-mail:** trademarks@fbtlaw.com mclark@fbtlaw.com ajackson@fbtlaw.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 22, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 28, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Feb. 28, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:**

**Law Office Assigned:** Not Assigned

### File Location

**Current Location:** Not Found

**Date in Location:** Jul. 23, 2025

**Trademark/service mark application, Principal Register**
Serial number: 99061418
Mark: BARBARA O'NEILL
Mark format: Standard character
Filing date: February 28, 2025 at 1:25:37 PM ET
Docket number: 0801553
Owner name: BarbaraONeill.com LLC
Amount paid: $350 (1 class)

# Trademark details

## Mark

BARBARA O'NEILL

## Mark Format

**Standard character**

The mark consists of standard characters, without claim to any particular font style, size, or color.

# Owner information

| | |
|---|---|
| *Name | BarbaraONeill.com LLC |
| Entity type | Limited liability company |
| Place of organization/citizenship | Wisconsin |
| **Mailing address information** | |
| *Address line 1 | 257 230th St. |
| *City | Baldwin |
| *State/territory | Wisconsin |
| *Zip/postal code | 54002 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| **Domicile address information** | |
| The mailing address is the same as the owner's domicile address. | |

# Goods and services

## Filing basis information

Section 1(a)

## Identification of goods and services

| | |
|---|---|
| **International Class 035** | |
| Filing basis: Section 1(a) | |
| *Retail store services featuring books, body care products, natural herbal supplements, mineral supplements, gardening products, plant care products, stickers, clothing, headwear, and all-purpose carrying bags* | |
| **Specimen Information** | |
| First use anywhere date | At least as early as 05/00/2024 |
| First use in commerce date | At least as early as 05/00/2024 |
| Specimen file name | barbaraoneill_Class_35_Specimen.pdf |
| URL | https://barbaraoneill.com/pages/shop-all |
| Date of access | 02/27/2025 |
| Description | screen capture of applicant's website |

# Additional statements

| | |
|---|---|
| Translation (if applicable) | |
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Consent file | Barbara ONeill CONSENT OF LIVING INDIVIDUAL.pdf |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | |

| | |
|---|---|
| Significance of mark | |
| Disclaimer | |

# Attorney information

## Attorney name and address

| | |
|---|---|
| *Name | MATTHEW J. CLARK |
| Law firm | FROST BROWN TODD LLP |
| *Address line 1 | 111 Monument Circle |
| Address line 2 | Suite 4500 |
| *City | Indianapolis |
| *State/territory | Indiana |
| *Zip/postal code | 46204 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | trademarks@fbtlaw.com |
| Primary telephone number | (317) 237-3848 |
| Extension | None specified. |

## Attorney registration information

| | |
|---|---|
| *Bar membership or registration number | ******* |
| *Jurisdiction | ******* |
| *Year of admission | ******* |

### Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

### Additional appointed attorneys

Andrew Hilton; Eric Lamb; Samantha M. Quimby; Cameron Ruffin; and Rachael Taylor

### Docket or reference number

0801553

# Correspondence information

| | |
|---|---|
| *Correspondence name | MATTHEW J. CLARK |
| *Primary correspondence email address | trademarks@fbtlaw.com |
| Docket or reference number | 0801553 |
| Courtesy copy email addresses | mclark@fbtlaw.com; ajackson@fbtlaw.com |

# Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 1 |
| Base application fee, per class | $350 |
| Total fees paid | $350 |

# Declaration and signature

## Declaration

[ X ] Basis:
If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or
If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and

- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Signatory's name | Emma Loberg |
| Signatory's position | Member |
| Signature method | Uploaded Signature Page |
| Uploaded signature page | 2-28-2025_Declaration_.pdf |

STAMP:USPTO/APPB-
***.***.**.**-20250228132537428141-99061418-16.0-4fd4b50c-70ec-4cbc-998a-61044808b977-
CARD-20250227083440578700

# BARBARA O'NEILL

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**CONSENT OF LIVING INDIVIDUAL**

The name, portrait, and/or signature shown in the mark identifies a living individual whose consent to register is made of record. I consent to the use and registration of my name, portrait, and/or signature as a trademark and/or service mark with the USPTO.

Signature: B O'Neill

Name: Barbara Esther O'Neill

Date: 16th July 2024

# BOOKS

SHOP NOW




Barbara Book Bundle
$85.00 USD




📘 Book: Sustain Me by Barbara O'Neill (Paperback)
$49.99 USD




📗 Book : Self Heal by Design by Barbara O'Neill (PAPERBACK).
$29.99 USD




📕 Book: The Assassination of Barbara O'Neill (PAPERBACK)
$15.00 USD




A Taste of Misty Mountain Cookbook (PDF Download)
$19.99 USD




🥦 Cookbook: The Best Of Veggies & Co.
$20.00 USD




✍ SPECIAL Book : (limited supply) AUTOGRAPHED Self Heal by design by Barbara O'Neill (PAPERBACK)
$49.99 USD




✍ SPECIAL Book: (limited supply) AUTOGRAPHED Sustain Me by Barbara O'Neill (Paperback)
$69.99 USD

# PAIN RELIEF + SALVES

SHOP NOW



🍠🍠 Wild Yam Comfort Cream - Original Formula
$45.00 USD




Comfrey Salve 4oz
$35.95 USD




Comfrey Salve - TRAVEL SIZE (1 oz)
$12.00 USD




Anna's Wild Yam Cream - Limited Supply Will Sell Fast!
$65.00 USD



Golden Seal Root Powder
$15.00 USD



Hypoallergenic Comfrey Salve 4oz
$35.95 USD




Cayenne Pepper 2.5oz
$6.29 USD




Hypoallergenic Comfrey Salve 1oz
$12.00 USD

## DIGESTIVE HELP + MINERALS

SHOP NOW




Colon Tea 5oz
$21.00 USD




Gut Repair Powder 6oz
$52.00 USD




Digest Tea 7oz
$38.00 USD




1 lb Baja Gold Mineral Sea Salt Natural Grain Crystals
$16.99 USD




Charcoal Capsules
$14.99 USD




🌊 Baja Gold Liquid Ocean Minerals
$24.99 USD




Slippery Elm Bark
$33.00 USD




🧂Baja Gold Mineral Sea Salt travel Grinder 4-Pack / 2 oz
$19.99 USD

## CASTOR OIL

SHOP NOW




Organic Hexane Free Castor Oil
$14.99 USD



Single Ply Organic Castor Oil Pack
$8.72 USD



Breasts Organic Castor Oil Pack
$20.37 USD



Knee Organic Castor Oil Pack
$22.55 USD



Neck & Thyroid Organic Castor Oil Pack
$22.00 USD



Adult Liver Organic Castor Oil Pack
$26.00 USD



Ankle/Elbow Organic Castor Oil Pack
$17.82 USD



Foot Organic Castor Oil Pack
$23.28 USD

## SOAPS

SHOP NOW









Lavender Artisan Soap
$8.75 USD




Rose Artisan Soap
$8.75 USD




Tranquil Artisan Soap
$8.75 USD




Sandal Wood Artisan Soap
$8.75 USD

## STICKERS

SHOP NOW




Sticker - Sustain Me (rectangle)
$4.00 USD




Sticker - Barbara Says "The human body was designed to heal itself"
$4.00 USD




Sticker - Sustain Me (pointed)
$4.00 USD




Sticker - Barbara O'Neill
From $4.00 USD




Sticker - Barbara Says "Many people are sick through ignorance"
$4.00 USD




Sticker - Sustain Me (rounded)
$4.00 USD




Bumper Sticker - Sustain Me
$4.00 USD




Barbara O'Neill Gift Card
From $10.00 USD

## APPAREL

SHOP NOW



Barbara Says Women's T-Shirt
$28.00 USD



Barbara Says T-Shirt
$28.00 USD



Barbara Says Hoodie
$50.00 USD



Sustain Me Hoodie
$50.00 USD









Canvas Zipper Tote

$25.00 USD



Ponytail Cap

$35.00 USD




Barbara O'Neill Gift Card

From $10.00 USD

## GARDEN

SHOP NOW



Micro Green Grow Kit

$30.00 USD




Sea-90 Mineralizer for Plants (2lb.)

$16.99 USD




Barbara O'Neill Gift Card

From $10.00 USD

SHOP

Book: Self Heal by Design by Barbara O'Neill

Book: The Assassination of Barbara O'Neill

All products

HELPFUL LINKS

Manage Subscriptions

Our Story

Barbara O'Neill Events

Barbara O'Neill Lectures

Shipping Policy

Return Policy

Wholesale Signup

Careers

ABOUT BARBARA O'NEILL

Author, Educator, Naturopath, and Nutritionist, also an international speaker on natural self-healing.

Barbara is passionate about good health and natural healing. She believes in giving the body optimum conditions in order for it to heal itself.

NEWSLETTER

Stay up to date with news, products and exclusive offers.

Your email

United States (USD $)

© 2025, BarbaraOneill.com. Powered by Shopify.

Refund Policy Privacy Policy Terms of Service Accessibility

STAY CONNECTED

PTO- 1478
Approved for use through 08/31/2027 OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

You may sign this document but do not edit it. Make any necessary changes through Trademark Center then generate a new signature page.

## Trademark application, Principal Register

## Handwritten Signature or Digital Signature

Review the complete filing details before signing. Preparers printing this form for handwritten signature should also print the filing details for signatory review.

A fee payment in the amount of $350 will be submitted with the application, representing payment for 1 class(es).

**MARK:** BARBARA O'NEILL (STANDARD, see)

BARBARA O'NEILL

**Applicant(s):** BarbaraONeill.com LLC

**Correspondence email address:** trademarks@fbtlaw.com

### Declaration

**Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;

- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Signature Section:**

If your application includes joint applicants, only one applicant must sign. By signing, they swear to the truth of the information in the application.

Signature:____________________
Signatory's name: Emma Loberg
Signatory's position: Member
Date Signed: 27 Feb 2025
Document generated on February 27, 2025 , at 09:26:50 AM ET