# Exhibit C

**Generated on:** This page was generated by TSDR on 2025-07-24 15:19:37 EDT

**Mark:** BARBARA ONEILL

BARBARA O'NEILL

**US Serial Number:** 99082999

**Application Filing Date:** Mar. 13, 2025

**! generalStatus.filedAsBaseApp!:** Yes

**! generalStatus.currentlyAsBaseApp!:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Mar. 13, 2025

# Mark Information

**Mark Literal Elements:** BARBARA ONEILL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Name Portrait Consent:** The name, portrait, and/or signature shown in the mark identifies a living individual whose consent to register is made of record.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Stickers; Blank notepads; Series of printed non-fiction books in the field of health and wellness; Printed books in the field of health and wellness

**International Class(es):** 016 - Primary Class

**U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Class Status:** ACTIVE

**First Use:** Jun. 2024

**Use in Commerce:** Jun. 2024

---

**For:** Tote bags

**International Class(es):** 018 - Primary Class

**U.S Class(es):** 001, 002, 003, 022, 041

**Class Status:** ACTIVE

**First Use:** Jul. 2024

**Use in Commerce:** Jul. 2024

---

**For:** Headwear; Tops as clothing

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**First Use:** Jul. 2024

**Use in Commerce:** Jul. 2024

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** BarbaraONeill.com LLC

**Owner Address:** 257 230th Street
Baldwin 54002

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** The data cannot be loaded

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Matthew J. Clark

**Docket Number:** 0801553

**Attorney Primary Email Address:** trademarks@fbtlaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Matthew J. Clark
Frost Brown Todd LLP
111 Monument Circle, Suite 4500
Indianapolis, INDIANA United States 46204

**Phone:** 1-(317) 237-3800

**Correspondent e-mail:** trademarks@fbtlaw.com mclark@fbtlaw.com ajackson@fbtlaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 13, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Mar. 13, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found

**Date in Location:** Not Found

**Trademark/service mark application, Principal Register**
Serial number: 99082999
Mark: BARBARA O'NEILL
Mark format: Standard character
Filing date: March 13, 2025 at 4:52:00 PM ET
Docket number: 0801553
Owner name: BarbaraONeill.com LLC
Amount paid: $1,050 (3 classes)

# Trademark details

## Mark

BARBARA O'NEILL

## Mark Format

**Standard character**
The mark consists of standard characters, without claim to any particular font style, size, or color.

# Owner information

| | |
|---|---|
| *Name | BarbaraONeill.com LLC |
| Entity type | Limited liability company |
| Place of organization/citizenship | Wisconsin |
| **Mailing address information** | |
| *Address line 1 | 257 230th Street |
| *City | Baldwin |
| *State/territory | Wisconsin |
| *Zip/postal code | 54002 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | ******* |
| **Domicile address information** | |
| The mailing address is the same as the owner's domicile address. | |

# Goods and services

## Filing basis information

Section 1(a)

## Identification of goods and services

| | |
|---|---|
| **International Class 016** | |
| Filing basis: Section 1(a) | |
| Stickers; Blank notepads; Series of printed non-fiction books in the field of **health and wellness**; Printed books in the field of **health and wellness** | |
| **Specimen Information** | |
| First use anywhere date | At least as early as 06/00/2024 |
| First use in commerce date | At least as early as 06/00/2024 |
| Specimen file name | Class 16 Goods_1.pdf |
| URL | None specified. |
| Date of access | None specified. |
| Description | screenshots from applicant's website showing use of the mark on the goods and a means for ordering the goods |
| **Specimen Information** | |
| First use anywhere date | At least as early as 06/00/2024 |
| First use in commerce date | At least as early as 06/00/2024 |
| Specimen file name | Class 16 Goods_3.pdf |
| URL | None specified. |
| Date of access | None specified. |
| Description | screenshots from applicant's website showing use of the mark on the goods and a means for ordering the goods |
| **Specimen Information** | |
| First use anywhere date | At least as early as 06/00/2024 |

| | |
|---|---|
| First use in commerce date | At least as early as 06/00/2024 |
| Specimen file name | Class 16 Goods_4.pdf |
| URL | None specified. |
| Date of access | None specified. |
| Description | screenshots from applicant's website showing use of the mark on the goods and a means for ordering the goods |
| **International Class 018** | |
| Filing basis: Section 1(a) | |
| Tote bags | |
| **Specimen Information** | |
| First use anywhere date | At least as early as 07/00/2024 |
| First use in commerce date | At least as early as 07/00/2024 |
| Specimen file name | Class 18 Goods_1.pdf |
| URL | None specified. |
| Date of access | None specified. |
| Description | screenshot from applicant's website showing use of the mark on the goods and a means for ordering the goods |
| **International Class 025** | |
| Filing basis: Section 1(a) | |
| Headwear; Tops as clothing | |
| **Specimen Information** | |
| First use anywhere date | At least as early as 07/00/2024 |
| First use in commerce date | At least as early as 07/00/2024 |
| Specimen file name | Class 25 Goods_2.pdf |
| URL | None specified. |
| Date of access | None specified. |
| Description | screenshots from applicant's website showing use of the mark on the goods and a means for ordering the goods |

# Additional statements

| | |
|---|---|
| Translation (if applicable) | |
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Consent file | Barbara ONeill CONSENT OF LIVING INDIVIDUAL.pdf |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | Additional information about the mark: Pursuant to TMEP § 903.08, please note that the first use dates provided herein for class 16 attach to stickers and printed books with the other applied-for goods being currently in use but having later first use dates.Pursuant to TMEP § 903.08, please note that the first use dates provided herein for class 25 attach to tops as clothing with the other applied-for goods being currently in use but having later first use dates. |
| Significance of mark | |
| Disclaimer | |

# Attorney information

## Attorney name and address

| | |
|---|---|
| *Name | Matthew J. Clark |
| Law firm | Frost Brown Todd LLP |
| *Address line 1 | 111 Monument Circle, Suite 4500 |
| *City | Indianapolis |
| *State/territory | Indiana |
| *Zip/postal code | 46204 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | trademarks@fbtlaw.com |

| | |
|---|---|
| Primary telephone number | (317) 237-3800 |
| Extension | None specified. |

## Attorney registration information

| | |
|---|---|
| *Bar membership or registration number | ******* |
| *Jurisdiction | ******* |
| *Year of admission | ******* |

### Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

### Additional appointed attorneys

Matthew D. Delaney; Carl Eppler; Andrew Hilton; Eric Lamb; Constance R. Lindman; Daniel A. Murray; Samantha M. Quimby; Cameron Ruffin; Matthew R. Schantz; Karlyn A. Schnapp; Cynthia L. Stewart; Rachael Taylor and Anne Wang

### Docket or reference number

0801553

# Correspondence information

| | |
|---|---|
| *Correspondence name | Matthew J. Clark |
| *Primary correspondence email address | trademarks@fbtlaw.com |
| Docket or reference number | 0801553 |
| Courtesy copy email addresses | mclark@fbtlaw.com; ajackson@fbtlaw.com |

# Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 3 |
| Base application fee, per class | $350 |
| Total fees paid | $1,050 |

# Declaration and signature

## Declaration

[ X ] Basis:
If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or
If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| | |
|---|---|
| Signatory's name | Emma Loberg |
| Signatory's position | Member |
| Signature method | Uploaded Signature Page |
| Uploaded signature page | 03132025_BARBARA O’NEILL.Tradmark March 12.2025.pdf |

STAMP:USPTO/APPB-**.**.***.***-20250313165200883085-99082999-16.0-7ab628c7-97fa-4b57-b88a-3e2f5fdae496-CARD-20250312180015751142

# BARBARA O'NEILL

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**CONSENT OF LIVING INDIVIDUAL**

The name, portrait, and/or signature shown in the mark identifies a living individual whose consent to register is made of record. I consent to the use and registration of my name, portrait, and/or signature as a trademark and/or service mark with the USPTO.

Signature: B O'Neill

Name: Barbara Esther O'Neill

Date: 16th July 2024




★★★★★ 2 Reviews

Home / Shop All / Sticker - Barbara O'Neill

# STICKER - BARBARA O'NEILL

$4.00 USD

Item is in stock

Pay over time for orders over **$35.00** with shop Pay Learn more

SIZE

2x1.44 3x2.16

ADD TO CART

Add some personality to your belongings with Barbara O'Neill stickers! Perfect for water bottles, diaries, and more. Express yourself in a fun and quirky way (nothing serious here!) with these stickers featuring Barbara O'Neill's unique designs.

PLEASE NOTE: STICKERS ARE NOT RETURNABLE OR REFUNDABLE.
NO EXCEPTIONS

## YOU MAY ALSO LIKE




Book: Sustain Me by Barbara O'Neill (Paperback)
$49.99
Add to Cart




Book : Self Heal by Design by Barbara O'Neill (PAPERBACK).
$29.99
Add to Cart




Organic Hexane Free Castor Oil
$14.99
Add to Cart




Sticker - Sustain Me (rectangle)
$4.00
Add to Cart

5.0 ★★★★★ Based on 2 reviews

**100%** would recommend this product

| | | |
|---|---|---|
| 5 ★ | | 2 |
| 4 ★ | | 0 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | | 0 |

Filters

Write a Review

2 reviews

Sort Photos & Videos

K Kristal
I recommend this product

★★★★★ 6 months ago

5 Stars

Gave these as gifts to other Barbara O'Neill fans!

Verified by shop

Was this helpful? 0 0

M Martin

★★★★★ 6 months ago

5 Stars

I recommend this product

It's cool.

Verified by shop

Was this helpful? 0 0

SHOP

Book: Self Heal by Design by Barbara O'Neill

Book: The Assassination of Barbara O'Neill

All products

HELPFUL LINKS

Manage Subscriptions

Our Story

Barbara O'Neill Events

Barbara O'Neill Lectures

Shipping Policy

Return Policy

Wholesale Signup

Careers

ABOUT BARBARA O'NEILL

Author, Educator, Naturopath, and Nutritionist, also an international speaker on natural self-healing.

Barbara is passionate about good health and natural healing. She believes in giving the body optimum conditions in order for it to heal itself.

NEWSLETTER

Stay up to date with news, products and exclusive offers.

Your email

United States (USD $)

© 2025, BarbaraOneill.com. Powered by Shopify.

Refund Policy Privacy Policy Terms of Service Accessibility

SHOP OUR STORY BARBARA O'NEILL CONTACT US






★★★★★ 504 Reviews

Home / Books / 📘 Book: Sustain Me by Barbara O'Neill (Paperback)

# 📘 BOOK: SUSTAIN ME BY BARBARA O'NEILL (PAPERBACK)

$49.99 USD

● Item is in stock

Pay in 2 interest-free installments of **$25.00** with shop Pay Learn more

ADD TO CART

*Please note due to high demand your order may take 10 business days to ship. All orders will ship Fedex 2DAY.

Feeling tired of chasing quick fixes and fad diets? In "Sustain Me," renowned health expert Barbara O'Neill unveils a revolutionary approach to well-being built on nine core principles. This easy-to-understand guide consisting of over 240 pages and full color graphics offers a roadmap to lasting health, empowering you to:

- **Unlock the body's natural healing potential:** Discover the nine foundational pillars of health, forming the acronym SUSTAIN ME, that will guide you towards optimal well-being.
- **Embrace a holistic lifestyle:** Learn how simple yet powerful changes in your diet, sleep, stress management, and more can have a profound impact on your health.
- **Explore natural remedies:** Find safe and effective alternatives to conventional medicine with Barbara's guidance on using herbs and other natural solutions.

"Sustain Me" is not a collection of empty promises. Backed by decades of research and practical experience, this book provides a realistic and sustainable path to vibrant health. It's perfect for anyone seeking to:

- Take control of their well-being
- Prevent illness and promote natural healing
- Experience more energy and vitality

## YOU MAY ALSO LIKE




📗Book : Self Heal by Design by Barbara O'Neill (PAPERBACK).

$29.99

Add to Cart




Book: Natural Remedies Encyclopedia

$95.00

Add to Cart




Organic Hexane Free Castor Oil

$14.99

Add to Cart




📕Book: The Assassination of Barbara O'Neill (PAPERBACK)

$15.00

Add to Cart

4.9 ★★★★★ Based on 504 reviews

| | |
|---|---|
| 5 ★ | 484 |
| 4 ★ | 12 |
| 3 ★ | 5 |
| 2 ★ | 1 |

**98%** would recommend this product



1 ★ 2



Filters

Write a Review

504 reviews

Sort Photos & Videos

KW Karmen w.

I recommend this product

★★★★★ 2 weeks ago

**Amazing Book**

Took 2 days for it to come and was in good condition. I like the info it provides as well. I would def recommend it if anyone is looking to live healthy.

Was this helpful? 0 1




KA Karen A.
Verified Buyer

I recommend this product

★★★★★ 3 weeks ago

**The Best Book**

I love it

Was this helpful? 0 0




JC John C.
Verified Buyer

I recommend this product

★★★★★ 1 month ago

**Oh, How Much I Needed This Book!**

It has been many years since I have completely read through a book! This one has me rereading pages to make sure I understood thoroughly. I am so enthralled with this information. I can't seem to put it down.

Was this helpful? 9 1



KZ kymberly z.
Verified Buyer

I recommend this product

★★★★★ 1 month ago

**Sustain Me Book**

So far it's a wonderful book. I'm halfway through already. Very informational. I'm blown away by Barbara's knowledge! I'm so happy I bought this book and am trying to get finished reading it so I can read the other one I bought of Barbara's !

Was this helpful? 1 0



ST Sergio T.
Verified Buyer

I recommend this product

★★★★★ 1 month ago

**El Mejor Libro De Remedios Naturales**

Como está distribuido el contenido del libro lo hace de fácil y rápida consulta .

Me gusta como el contenido se asocia con los 9 pilares de la salud .

El capítulo 14 sobre la tiroides, ha sido mi primera consulta , ya que tengo unos nódulos.

Read More

Was this helpful? 2 0




Show More

SHOP

Book: Self Heal by Design by Barbara O'Neill

Book: The Assassination of Barbara O'Neill

All products

HELPFUL LINKS

Manage Subscriptions

Our Story

Barbara O'Neill Events

Barbara O'Neill Lectures

Shipping Policy

ABOUT BARBARA O'NEILL

Author, Educator, Naturopath, and Nutritionist, also an international speaker on natural self-healing.

Barbara is passionate about good health and natural healing. She believes in giving the body optimum conditions in order for it to

NEWSLETTER

Stay up to date with news, products and exclusive offers.

Your email

Return Policy heal itself.
Wholesale Signup
Careers

United States (USD $)

© 2025, BarbaraOneill.com. Powered by Shopify.

Refund Policy Privacy Policy Terms of Service Accessibility

STAY CONNECTED

SHOP OUR STORY BARBARA O'NEILL CONTACT US

Barbara O'Neill




★★★★★ 1,096 Reviews

Home / Books / 📗Book : Self Heal by Design by Barbara O'Neill (PAPERBACK).

# 📗BOOK : SELF HEAL BY DESIGN BY BARBARA O'NEILL (PAPERBACK).

$29.99 USD

• Item is in stock

Pay over time for orders over **$35.00** with shop Pay Learn more

ADD TO CART

PAPERBACK

For International orders, please remember to provide your ***Full Legal Name*** & your ***complete shipping address*** and ***your phone number for*** us. Orders not meeting these criteria will be refused at Customs per Border Control law and practice.*

***We as a company will not be held responsible for orders denied in shipping due to faulty information provided by customers on our website.**

**We will not accept the return of books that have the protective plastic covering removed. If the covering is damaged or removed, you keep your purchase.**

A child of the 60s and 70s revolution. the author Barbara O'Neill, started her working life as a hairdresser, then a psychiatric nurse, lived as a hippie, birthed six children, studied naturopathy and nutrition, became a stepmother of two more children and worked as a health director at two Australian Health and Wellness retreats.

Barbara's experience, knowledge and common sense style of lecturing have made her a popular and sought after speaker in Australia and internationally. This easy to read book is packed with information that enables the reader to intelligently embrace a lifestyle that works with the body's amazing ability to heal itself, when given the right conditions. The body can self heal by its very design, and you can design a program that will enable the body to do the very thing it was made to do- heal itself.

## YOU MAY ALSO LIKE




📘Book: Sustain Me by Barbara O'Neill (Paperback)

$49.99

Add to Cart




Book: Natural Remedies Encyclopedia

$95.00

Add to Cart




📕Book: The Assassination of Barbara O'Neill (PAPERBACK)

$15.00

Add to Cart



Organic Hexane Free Castor Oil

$14.99

Add to Cart

4.8 ★★★★★ Based on 1,096 reviews

| | | |
|---|---|---|
| 5 ★ | | 1k |
| 4 ★ | | 45 |
| 3 ★ | | 23 |
| 2 ★ | | 7 |
| 1 ★ | | 14 |

**96%** would recommend this product







Filters

Write a Review

1,096 reviews

Sort Photos & Videos

RV
Rachal V.
Verified Buyer
I recommend this product

★★★★★ 1 month ago

**Self Heal By Design**

If you are trying to heal, this book reminds you of how your body works, the best items to put in your body to have the best detox and truly heal yourself. natural's way, how God intended.

Was this helpful? 5 0



LS
Lorrie S.
Verified Buyer
I recommend this product

★★★★★ 2 months ago

**Barbara's Passion On Every Page**

Such wealth of knowledge from the original herself. So glad I found her books. So many knock offs out there. Her compassion for the world is beautiful. Thank you for sharing so much of your work.

Was this helpful? 1 0






V
Virginia
I recommend this product

★★★★★ 1 week ago

**5 Stars**

I love this book it has so many good home remedies in there. I will keep and use this book for everything.

Thank you Barbara

Verified by shop

Was this helpful? 0 0

MA
Maria A P.
Verified Buyer
I recommend this product

★★★★★ 1 week ago

**Self Heal**

Ive not really started it yet,, but I looked/broused through it and I know I'm going to start and not stop. So many interesting topics.... can't wait to get started!!

Thanks!

Was this helpful? 0 0

AG
Angel G.
Verified Buyer
I recommend this product

★★★★★ 1 week ago

**Self Heal By Design**

I love it, it is very helpful in choosing the right foods in my life.

Was this helpful? 0 0

Show More

SHOP

Book: Self Heal by Design by Barbara O'Neill

Book: The Assassination of Barbara O'Neill

All products

HELPFUL LINKS

Manage Subscriptions

Our Story

Barbara O'Neill Events

Barbara O'Neill Lectures

Shipping Policy

Return Policy

Wholesale Signup

Careers

ABOUT BARBARA O'NEILL

Author, Educator, Naturopath, and Nutritionist, also an international speaker on natural self-healing.

Barbara is passionate about good health and natural healing. She believes in giving the body optimum conditions in order for it to heal itself.

NEWSLETTER

Stay up to date with news, products and exclusive offers.

Your email

United States (USD $)

© 2025, BarbaraOneill.com. Powered by Shopify.

Refund Policy Privacy Policy Terms of Service Accessibility

STAY CONNECTED

SHOP OUR STORY BARBARA O'NEILL CONTACT US




Home / Shop All / Canvas Zipper Tote

# CANVAS ZIPPER TOTE

$25.00 USD

Item is in stock

Pay over time for orders over **$35.00** with shop Pay Learn more

ADD TO CART

"The Body Is Designed To Heal Itself." -Barbara Says

This stylish tote is 100% heavy canvas.

- 24 1/2" self-fabric handles, 8 1/2" drop
- Large main compartment with zipper closure
- Front zipper pocket is 9 1/2" W x 9" H with 8 1/2"
- 18" W x 14" H x 4.5" D 18.6L

## YOU MAY ALSO LIKE




Organic Hexane Free Castor Oil
$14.99
Add to Cart




A Taste of Misty Mountain Cookbook (PDF Download)
$19.99
Add to Cart




Comfrey Salve 4oz
$35.95
Add to Cart




📘 Book: Sustain Me by Barbara O'Neill (Paperback)
$49.99
Add to Cart

No reviews yet, write one now?

Write a Review

SHOP
Book: Self Heal by Design by Barbara O'Neill

HELPFUL LINKS
Manage Subscriptions
Our Story

ABOUT BARBARA O'NEILL
Author, Educator, Naturopath, and Nutritionist, also an international speaker on

NEWSLETTER
Stay up to date with news, products and exclusive offers.

Book: The Assassination of Barbara O'Neill

All products

Barbara O'Neill Events

Barbara O'Neill Lectures

Shipping Policy

Return Policy

Wholesale Signup

Careers

natural both healing.

Barbara is passionate about good health and natural healing. She believes in giving the body optimum conditions in order for it to heal itself.

Your email

United States (USD $)

© 2025, BarbaraOneill.com. Powered by Shopify.

Refund Policy Privacy Policy Terms of Service Accessibility

STAY CONNECTED







Home / Shop All / Barbara Says Hoodie

# BARBARA SAYS HOODIE

$50.00 USD

Hurry! Low inventory

Pay in 4 interest-free installments of **$12.50** with shop Pay Learn more

SIZE

S M L XL XXL XXXL

ADD TO CART

"The Body Is Designed to Heal Itself" -Barbara Says

This sloppy joe is unisex in size and 50% cotton 50% polyester

Size Chart

| Size | S | M | L | XL | 2XL | 3XL |
|---|---|---|---|---|---|---|
| Across Shoulders | 19.5 | 21.5 | 23.5 | 25.5 | 27.5 | 29.5 |
| Body Length | 26.5 | 27.5 | 28.5 | 29.5 | 30 | 30.5 |
| Chest Width | 20 | 22 | 24 | 26 | 28 | 30 |
| Sleeve Length | 25 3/8 | 24 5/8 | 24.25 | 24 | 23.75 | 23.5 |

## YOU MAY ALSO LIKE




📘 Book: Sustain Me by Barbara O'Neill (Paperback)

$49.99

Add to Cart




A Taste of Misty Mountain Cookbook (PDF Download)

$19.99

Add to Cart




📗Book : Self Heal by Design by Barbara O'Neill (PAPERBACK).

$29.99

Add to Cart



Cayenne Pepper 2.5oz

$6.29

Add to Cart

No reviews yet, write one now?

Write a Review

SHOP

Book: Self Heal by Design by Barbara O'Neill

Book: The Assassination of Barbara O'Neill

All products

HELPFUL LINKS

Manage Subscriptions

Our Story

Barbara O'Neill Events

Barbara O'Neill Lectures

Shipping Policy

Return Policy

Wholesale Signup

Careers

ABOUT BARBARA O'NEILL

Author, Educator, Naturopath, and Nutritionist, also an international speaker on natural self-healing.

Barbara is passionate about good health and natural healing. She believes in giving the body optimum conditions in order for it to heal itself.

NEWSLETTER

Stay up to date with news, products and exclusive offers.

Your email

United States (USD $)

© 2025, BarbaraOneill.com. Powered by Shopify.

Refund Policy Privacy Policy Terms of Service Accessibility

STAY CONNECTED

PTO- 1478
Approved for use through 09/31/2027 OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

You may sign this document but do not edit it. Make any necessary changes through Trademark Center then generate a new signature page.

## Trademark application, Principal Register

## Handwritten Signature or Digital Signature

Review the complete filing details before signing. Preparers printing this form for handwritten signature should also print the filing details for signatory review.

A fee payment in the amount of $1,050 will be submitted with the application, representing payment for 3 class(es).

**MARK:** BARBARA O?NEILL (STANDARD, see)

# BARBARA O'NEILL

**Applicant(s):** BarbaraONeill.com LLC

**Correspondence email address:** trademarks@fbtlaw.com

### Declaration

**Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;

- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Signature Section:**

If your application includes joint applicants, only one applicant must sign. By signing, they swear to the truth of the information in the application.

Signature:________________________________________________
Signatory's name: Emma Loberg
Signatory's position: Member
Date Signed: 13 March 2025
Document generated on March 12, 2025 , at 06:32:50 PM ET