# EXHIBIT A

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Assignment Agreement ("**Agreement**") is made between Barbara O'Neill, an individual residing in Dubai, United Arab Emirates ("**Assignor**"), and Misty Mountain USA LLC, a Wisconsin limited liability company with an address of 257 230th St., Baldwin, WI 54002 ("**Assignee**"). This agreement is effective upon execution by the last party to sign (the "**Effective Date**").

## Background

The Assignor desires to assign all her United States, Canada, and Mexico rights associated with her work as an author, speaker and promoter of health and wellness, including without limitation Assignor's books (which includes without limitation "Sustain Me," "Self Heal By Design," and "A Taste of Misty Mountain"), writings, presentations, speaking engagements and performances, her online website and retail store (https://barbaraoneill.com), and various merchandise products, including without limitation clothing, headwear, bags, and stickers (the "**Business**"). Assignee has agreed to accept such assignment. Accordingly, the parties agree as follows:

## ASSIGNMENT AND OTHER TERMS

1.    Definitions. The terms in the preamble and background have the meanings set forth above.

2.    Assignment. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby irrevocably assigns to Assignee, and Assignee hereby accepts, all of Assignor's right, title, and interest in and to the following for the Business arising and accruing under the laws of the United States, Canada, and Mexico (the "**Assigned IP**"): (a) all existing and future copyrights, whether registered or unregistered, and exclusive copyright licenses; (b) all trademarks and service marks, including without limitation the trademark and service mark BARBARA O'NEILL (collectively referred hereafter as, the "**Trademarks**"), together with the goodwill of the business connected with the use of, and symbolized by, the Trademarks; (c) all rights of any kind whatsoever of Assignor accruing under any of the foregoing provided by applicable law of the United States, Canada, and Mexico; (d) all royalties, fees, income, payments, and other proceeds now or hereafter due or payable with respect to any and all of the foregoing; and (e) all claims and causes of action with respect to any of the foregoing, whether accruing before, on, or after the Effective Date, including all rights to and claims for damages, restitution, and injunctive and other legal and equitable relief for past, present, and future infringement, violation, breach, or default, with the right but no obligation to sue for such legal and equitable relief and to collect, or otherwise recover, any such damages.

3.    Cooperation. Assignor shall cooperate and assist Assignee at Assignee's request and expense with respect to protection of Assignee's rights in and to the Business and the Assigned IP, including without limitation, signing any additional assignments or other documents confirming or supporting Assignee's ownership and rights in the Business and the Assigned IP.

4.    Miscellaneous. This Agreement cannot be modified, amended, or changed except in writing signed by both parties. If any provision of this Agreement is found to be unreasonable or unenforceable, then that provision shall be enforced to the maximum extent it can be enforced by law without affecting the remaining provisions of this Agreement or rendering any provision of this Agreement unreasonable or unenforceable. This Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will be deemed to be one and the same assignment. A signed copy of this Agreement delivered by facsimile, e-mail or other means of electronic transmission will be deemed to have the same legal effect as delivery of an original signed copy of this Agreement. This Agreement will be construed and governed by the laws of the United States and the State of Wisconsin without giving effect to any state's or country's choice of law rules to the contrary.

Barbara O'Neill (Assignor)

Signature: _____

Print: _____Barbara Esther O'Neill_____

Date: ___3rd_____February___2025_____

Misty Mountain USA LLC

Signature: _____

Print:_____Emma Magnolia Loberg_____

Title: _____Owner_____

Date: ___3rd_____February___2025_____

ACKNOWLEDGEMENT AS TO BARBARA O'NEILL (ASSIGNOR)

State of _____Florida_____

County of _____Palm Beach_____

This instrument was acknowledged before me on __3rd__ day of February , 2025 by Barbara Esther O'Neill .

Seal:

*Jerodinho Florely*
Signature of notarial officer

Online Notary
Title (and Rank)

My commission expires: __10/09/2026__

JERODINHO FLORELY
Notary Public - State of Florida
Commission # HH 320017
Expires on October 9, 2026

Notarized remotely online using communication technology via Proof.

ACKNOWLEDGEMENT AS TO MISTY MOUNTAIN USA LLC (ASSIGNEE)

State of _____Florida_____

County of _____Palm Beach_____

This instrument was acknowledged before me on __3rd__ day of February , 2025 by Emma Magnolia Loberg , the _____owner_____ (title) of Misty Mountain USA LLC.

Seal:

*Jerodinho Florely*
Signature of notarial officer

Online Notary
Title (and Rank)

My commission expires: 10/09/2026

JERODINHO FLORELY
Notary Public - State of Florida
Commission # HH 320017
Expires on October 9, 2026

Notarized remotely online using communication technology via Proof.