# EXHIBIT B

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This Intellectual Property Acquisition Agreement is made between Misty Mountain USA LLC, a Wisconsin limited liability company with an address of 257 230th St., Baldwin, WI 54002 (**"Assignor"**), and BarbaraONeill.com LLC, a Wisconsin limited liability company with an address of 257 230th St., Baldwin, WI 54002 (**"Assignee"**). This agreement is effective upon execution by the last party to sign (the **"Effective Date"**).

## Background

The Assignor wishes to assign to Assignee, and Assignee wishes to accept from Assignor, all of Assignor's right, title, and interest in and to the trademarks, service marks and other indicia of source, together with the goodwill associated therewith and symbolized thereby, works of authorship, and related rights connected with all of the foregoing associated with Assignor's business of promoting and providing education about health, beauty, and wellness through the works and teachings of Barbara O'Neill, as well as offering and selling various consumer products, including without limitation: (i) Barbara O'Neill authored books (which includes without limitation "Sustain Me," "Self Heal By Design," and "A Taste of Misty Mountain"), writings, and presentations; (ii) speaking engagements and performances of Barbara O'Neill; (iii) the online website and retail store located at https://barbaraoneill.com (the **"Barbara O'Neill Website"**); and (iv) various consumer products, including without limitation body care products, natural herbal supplements, clothing, headwear, bags, and stickers (the **"Misty Mountain Business"**).

Accordingly, the parties agree as follows:

## TERMS

1.      Definitions. The terms in the preamble and background have the meanings set forth above.

2.      Assignment. Assignor hereby irrevocably assigns, transfers and conveys to Assignee, and Assignee hereby accepts, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, all of Assignor's right, title, and interest in and to the following of the Misty Mountain Business (collectively, **"Assigned IP"**):

        a.      all existing and future copyrights in works of authorship, whether registered or unregistered, arising under any applicable law of any jurisdiction throughout the world or any treaty or other international convention, including without limitation the books "Sustain Me," "Self Heal By Design," and "A Taste of Misty Mountain," as well as the Barbara O'Neill Website (the **"Works"**);

        b.      all copies and other tangible embodiments of the Works in all languages and in all forms and media now or hereafter known or developed;

        c.      all trademarks, service marks, and other indicia of source or origin, including without limitation the marks BARBARA O'NEILL, EMMA MAGNOLIA, the Three Mountains Logo, and the Gumnuts Logo (collectively referred hereafter as, the **"Trademarks"**), together with the goodwill of the business connected with the use of, and symbolized by, the Trademarks;

        d.      all tangible assets used in connection with the Trademarks, including without limitation books, body care products, natural herbal supplements, clothing, headwear, bags, and stickers;

        e.      all internet domain name registrations (including without limitation "barbaraoneill.com") and social media account or user names incorporating any of the Trademarks or any acronym, abbreviation, or component thereof, and all associated web addresses, URLs, websites and web pages (including without limitation the Barbara O'Neill Website), and social media sites and pages, and all content and data thereon or relating thereto;

f.      all licenses and similar contractual rights or permissions, whether exclusive or nonexclusive, related to any of the Works;

g.      all licenses and similar contractual rights or permissions, whether exclusive or nonexclusive, related to any of the Trademarks;

h.      all royalties, fees, income, payments, and other proceeds now or hereafter due or payable to Assignor with respect to any of the foregoing;

i.      all claims and causes of action with respect to any of the foregoing, whether accruing before, on, or after the date hereof, including without limitation all rights to and claims for damages, restitution, and injunctive and other legal and equitable relief for past, present, and future infringement, dilution, violation, breach, or default; and

j.      all other rights, privileges, and protections of any kind whatsoever of Assignor accruing under any of the foregoing provided by any applicable law, treaty, or other international convention throughout the world.

3.      No Liabilities. Assignee neither assumes nor is otherwise liable for any obligations, claims, or liabilities of Assignor of any kind, whether known or unknown, contingent, matured, or otherwise, whether currently existing or hereafter arising.

4.      Miscellaneous. This agreement cannot be modified, amended, or changed except in writing signed by both parties. If any provision of this agreement is found to be unreasonable or unenforceable, then that provision shall be enforced to the maximum extent it can be enforced by law without affecting the remaining provisions of this agreement or rendering any provision of this Agreement unreasonable or unenforceable. This agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will be deemed to be one and the same assignment. A signed copy of this agreement delivered by facsimile, e-mail or other means of electronic transmission will be deemed to have the same legal effect as delivery of an original signed copy of this agreement.  This agreement will be construed and governed by the laws of the United States and the State of Wisconsin without giving effect to any state's or country's choice of law rules to the contrary.


Misty Mountain USA LLC

Signature: _____

Print: ___Emma   M  Loberg___

Title: ___OWNER___

Date: ___26 Feb 2025___


BarbaraONeill.com LLC

Signature: _____

Print: ___Emma   M  Loberg___

Title: ___OWNER___

Date: ___26 Feb 2025___


0159705.0799449  4937-5325-4685v2