# EXHIBIT C

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## CONSENT OF LIVING INDIVIDUAL

The name, portrait, and/or signature shown in the mark identifies a living individual whose consent to register is made of record. I consent to the use and registration of my name, portrait, and/or signature as a trademark and/or service mark with the USPTO.

Signature: _BONeill_

Name: _Barbara Esther ONeill_

Date: _16th July 2024_