# EXHIBIT F

**Self Heal By Design L.l.c-fz**

SG 3010 Sky Gardens, Park Avenue, DIFC Dubai
+971 50 798 5501
Barbara O'Neill

| **BILL TO** | | **INVOICE #** | 323 |
|---|---|---|---|
| Misty Mountain USA | | **INVOICE DATE** | 12/03/2025 |
| Emma Loberg | | | |
| 257 230 th Street | | | |
| Balwin WI 54002 | | | |

# Invoice Total                 $547,427.00

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| Amounts owing for all stock held at 3 January 2025 | 547,427.00 |

14,883 'Sustain Me' Books @ $26.00 = $386,958
14,645 'Self Heal by Design' books @$13.00 each = $190,385
17,622 'Assassination of Barbara ONeill' books @ $6.00 each = $105,732

LESS BOOKS SENT TO VENUES:
3,484 'Sustain Me' Books = $90,584
2,728 'Self Heal by Design' books = $35,464
1,600 'Assassination of Barbara ONeill' books = $9,600
Total = $135,648

## TERMS & CONDITIONS

To be paid in $US to:
Mashreq NEObiz Bank, Dubai, UAE
Account name: Self Heal By Design L.l.c-fz
Swift Code: BOMLAEAD
Account # 019101298388
IBAN AE790330000019101298388

**Self Heal By Design L.l.c-fz**

SG 3010 Sky Gardens, Park Avenue, DIFC Dubai
+971 50 798 5501
Barbara O'Neill

| BILL TO | INVOICE # | 335 |
|---|---|---|
| Misty Mountain USA | INVOICE DATE | 18/04/2025 |
| Emma Loberg | | |
| 257 230 th Street | | |
| Balwin WI 54002 | | |

# Invoice Total                  $544,685.00

| DESCRIPTION | AMOUNT |
|---|---|
| Amounts owing for all stock from Modern Printing lest costs as per quote 24677 | 544,685.00 |

25,000 'Sustain Me' Books @ $26.00 = $650,000
LESS printing costs of $105,315

To avoid legal action or stock recovery, pay this no later than 30 April 2025

**TERMS & CONDITIONS**

To be paid in $US to:
Mashreq NEObiz Bank, Dubai, UAE
Account name: Self Heal By Design L.l.c-fz
Swift Code: BOMLAEAD
Account # 019101298388
IBAN AE790330000019101298388