# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## TX 9-412-670
**Effective Date of Registration:**
July 26, 2024
**Registration Decision Date:**
July 26, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Sustain Me |
| | A Handbook of Natural Remedies |
| | The 9 Foundational Pillars for Health |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | May 01, 2024 |
| **Nation of 1st Publication:** | Australia |
| **International Standard Number:** | ISBN 978-0-6486118-6-8 |

## Author

- | | |
|---|---|
| **Author:** | Barbara Esther O"Neill |
| **Author Created:** | text |
| **Citizen of:** | Australia |
| **Year Born:** | 1953 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Emma Magnolia Loberg |
| | 257 230th Street, 257 230th Street, Baldwin, WI, 54002, United States |
| **Transfer statement:** | By written agreement |

## Limitation of  copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Emma Magnolia Loberg |
| **Email:** | emma@barbaraoneill.com |

## Certification

| | |
|---|---|
| **Telephone:** | (651)295-8666 |

**Name:** Emma M Loberg
**Date:** July 26, 2024

**Registration #:** TX0009492014
**Service Request #:** 1-14901876811



Frost Brown Todd LLP
Matthew J. Clark
111 Monument Circle
Suite 4500
Indianapolis, IN 46204 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## TX 9-492-014
**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
April 21, 2025

## Supplementary Registration

**Supplement To:**  TX0009412670, 2024

## Title

**Title of Work:**  Sustain Me A Handbook of Natural Remedies The 9 Foundational Pillars for Health

## Completion/Publication

**Year of Completion:**  2024
**Date of 1st Publication:**  May 01, 2024
**Nation of 1st Publication:**  Australia
**International Standard Number:**  ISBN 978-0-6486118-6-8

## Author

- **Author:**  Barbara Esther O'Neill
  **Author Created:**  text
  **Work made for hire:**  No
  **Citizen of:**  Australia
  **Year Born:**  1953

## Copyright Claimant

**Copyright Claimant:**  Barbara Esther O'Neill
1800 Nulla Nulla Creek Road, Bellbrook, New South Wales, 2440, Australia

## Rights and Permissions

**Name:**  Emma Magnolia Loberg
**Email:**  emma@barbaraoneill.com
**Telephone:**  (651)295-8666

## Certification

          **Name:** Matthew J. Clark, Authorized agent of Emma Magnolia Loberg
           **Date:** April 14, 2025

       **Correspondence:** Yes

**Explanation of Corrections:** The supplemental registration is being made to correct errors on the original registration, which were present at the time the original registration was made. Line Heading or Description: Author, Copyright Claimant. Incorrect Information: Author: Barbara Esther O"Neill; Copyright Claimant: Emma Magnolia Loberg, Transfer: By written agreement; Address: 257 230th Street, 257 230th Street, Baldwin, WI, 54002, United States Corrected Information: Author: Barbara Esther O'Neill; Copyright Claimant: Barbara Esther O'Neill; Address: 1800 Nulla Nulla Creek Road, Bellbrook, New South Wales, 2440, Australia  Line Heading or Description: Limitation of Copyright Claim Incorrect Information: Material excluded from this claim: text; New material included in this claim: text Correction Information: Material excluded from this claim: none; New material included in this claim: none  Explanation of Correction: For the name of the author, the original registration mistakenly used quotation marks in the last name O'Neill instead of an apostrophe. The original registration also incorrectly identified Emma Magnolia Loberg as the copyright claimant but the author had not yet executed a written assignment at the time of application. Therefore, Barbara Esther O'Neill should have been listed as both the author and copyright claimant for the work, with  Barbara Esther O'Neill's address. Finally, the original registration incorrectly excluded pre-existing text. The original filer intended this to be a reference to the work's various citations. Under Compendium (Third) § 621.2, applicants do not need to disclaim attributions, citations, or direct quotations because it is evident the author/copyright claimant is not claiming authorship of such material. Thus, the registration is being corrected to not exclude any pre-existing material.