IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA,
ROME DIVISION

|  |  |
|---|---|
| SHBD, LLC, BARBARA O'NEILL, And MICHAEL O'NEILL, <br><br> *Plaintiffs/Counterclaim Defendants,* <br><br> *v.* <br><br> EMMA M. LOBERG, MISTY MOUNTAIN USA, LLC, and BARBARAONEILL.COM LLC, <br><br> *Defendants/Counterclaim Plaintiffs.* | No. 4:25-CV-00183-WMR |

## JOINT MOTION TO DISMISS

SHBD, LLC, Barbara O'Neill, and Michael O'Neill, Plaintiffs/Counterclaim Defendants, and Emma M. Loberg, Misty Mountain USA LLC, and BarbaraO'Neill.com, Defendants/Counterclaim Plaintiffs, collectively **"the Parties,"** jointly file this Motion to Dismiss all asserted claims against and between them in this matter, with prejudice. In support of this Joint Motion to Dismiss, the Parties state as follows:

1. The Parties have reached a confidential settlement agreement and mutual release resolving all claims, counterclaims, and issues in this action, (the "Settlement Agreement").

2. The Parties, therefore, agree and request that all claims and counterclaims asserted in this action be dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

3.      The Parties further request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement and that the Order of Dismissal expressly provide for such retention.

WHEREFORE, the Parties respectfully request the Court to dismiss all claims and counterclaims with prejudice and retain jurisdiction to enforce the terms of the Settlement Agreement.

Respectfully submitted on this 4th day of May, 2026.

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| **GREGOR \| WYNNE \| ARNEY, PLLC** | **FBT GIBBONS, LLP** |
| By: */s/ Michael J. Wynne*<br>Texas Bar No. 785289<br>mwynne@gwafirm.com<br>4265 San Felipe St., Suite 700<br>Houston, Texas 77027<br>Telephone: (832) 390-2644<br>*Admitted Pro Hac Vice* | By: */s/ Derek R. Staub* *(by permission)*<br>Derek R. Staub<br>State Bar No. 24063017<br>dstaub@fbtgibbons.com<br>FBT Gibbons, LLP<br>2101 Cedar Springs Rd.,<br>Suite 900<br>Dallas, Texas 75201<br>Telephone: (214) 580-5826<br>*Admitted Pro Hac Vice* |
| **COUNSEL FOR PLAINTIFFS/<br>COUNTERCLAIM DEFENDANTS** | **COUNSEL FOR<br>DEFENDANTS/COUNTER CLAIM<br>PLAINTIFFS** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 4th day of May, 2026.

By: */s/ Michael J. Wynne\**

Michael J. Wynne
*\*Admitted Pro Hac Vice*
COUNSEL FOR PLAINTIFFS/COUNTERCLAIM DEFENDANTS