IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA,
ROME DIVISION

| | |
|---|---|
| SHBD, LLC, BARBARA O'NEILL, And MICHAEL O'NEILL, <br><br> *Plaintiffs/Counterclaim Defendants,* <br><br> v. <br><br> EMMA M. LOBERG, MISTY MOUNTAIN USA, LLC, and BARBARAONEILL.COM LLC, <br><br> *Defendants/Counterclaim Plaintiffs.* | No. 4:25-CV-00183-WMR |

## ORDER OF DISMISSAL

The Court, having considered the Parties' Joint Motion to Dismiss with prejudice, finds the motion has merit and should be GRANTED. It is therefore,

ORDERED that all claims and counterclaims asserted in this action are hereby DISMISSED WITH PREJUDICE.   It is further,

ORDERED that the Court expressly retains jurisdiction to enforce the terms of the PARTIES' Settlement Agreement.  It is further,

ORDERED that each party shall bear its own attorneys' fees and costs. SIGNED this 5th day of May, 2026.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE